**Electronically Filed
Supreme Court
SCPR-20-0000722
07-DEC-2020
12:23 PM
Dkt. 7 OGP**

SCPR-20-0000722

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE JANE L. ROBINSON, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson JJ.,
and Intermediate Court of Appeals Associate Judge Nakasone,
assigned by reason of vacancy)

Upon consideration of the petition to resign and surrender license to practice law in the State of Hawai'i, filed by attorney Jane L. Robinson, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and the affidavits submitted in support thereof, we conclude that Petitioner Robinson has fully complied with the requirements of RSCH Rule 1.10. Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Robinson, attorney number 4595, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order, though Robinson shall be permitted to retain the paper license as a memento, pursuant to RSCH Rule 1.10(b).

DATED:  Honolulu, Hawaiʻi, December 7, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Karen T. Nakasone